IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JANICE BECKER,

    Plaintiffs,

v.

WILLAMETTE COMMUNITY BANK,

    Defendant.

Case No. 6:12-cv-01427-TC

ORDER

AIKEN, Chief Judge:

    Plaintiff filed suit alleging gender discrimination, harassment, and retaliation pursuant to Title VII and Oregon law. 42 U.S.C. § 2000e; Or. Rev. Stat. §§ 659A.303, 659A.199. Discovery between the parties has been contentious, requiring several discovery rulings by the court. The parties now object to Magistrate Judge Coffin's ruling issued on June 30, 2014 addressing several discovery motions.

    When either party timely objects to any portion of a

1   - ORDER

magistrate judge's ruling on a non-dispositive pretrial matter, the district court may set aside any portion of the ruling found to be "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). I find Magistrate Judge Coffin's ruling to be neither of the above, for the reasons explained in his Amended Order.

With respect to plaintiff's counsel's complaint that Magistrate Judge Coffin did not provide a script that counsel and witnesses must follow during depositions, certainly counsel of such experience as plaintiff's and defendant's can proceed in accordance with the guidance provided by Judge Coffin. Notably, this is the third non-dispositive order that the parties have objected to in this case, and discovery has not yet concluded. The court expects counsel to expend their energies and their clients' resources in a collegial and productive manner to avoid further unnecessary court intervention.

## CONCLUSION

The parties' Objections (doc. 135, 136) to Magistrate Judge Coffin's Amended Order dated June 30, 2014 are DENIED and the Amended Order (doc. 134) is AFFIRMED. IT IS SO ORDERED.

Dated this 5th day of September, 2014.

_Ann Aiken_
Ann Aiken
United States District Judge

2    - ORDER