IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JANICE BECKER,

        Plaintiffs,

   v.

WILLAMETTE COMMUNITY BANK,

        Defendant.

Case No. 6:12-cv-01427-TC

ORDER

AIKEN, Chief Judge:

On December 30, 2014, Magistrate Judge Coffin issued an order granting defendant's motion for protective order, with slight modification, and denying plaintiff's motion to compel. Plaintiff now objects.

When either party timely objects to any portion of a magistrate judge's ruling on a non-dispositive pretrial matter, the district court may set aside any portion of the ruling found to be "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). I find Magistrate Judge Coffin's ruling to

1   - ORDER

be neither of the above. To the contrary, Magistrate Judge Coffin's thorough reasoning and slight modification of defendant's limited wavier is reasonable, fair, and supported by the evidence presented thus far.

Accordingly, Magistrate Judge Coffin's Order (doc. 150) is ADOPTED in its entirety and plaintiff's Objections (doc. 154) are denied.

IT IS SO ORDERED.

Dated this 24th day of March, 2015.

_____
Ann Aiken
United States District Judge

2    - ORDER